# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN REGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHINDLER ELEVATOR ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | Case No.: 1:16-CV-10576-GAO |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Local Rule 7.1, and this Court's Order of March 30, 2016, Defendant Schindler Elevator Corporation hereby moves to dismiss the complaint with prejudice for the reasons stated in the accompanying memorandum.

Respectfully submitted,

/s/ *John B. Johnson*
John B. Johnson
CORRIGAN, JOHNSON & TUTOR, P.A.
225 Franklin Street
26th Floor
Boston, MA 02110
(617) 338-0075
BBO No. 252580
john.johnson412@verizon.net

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci*
BANCROFT PLLC
500 New Jersey Avenue, NW
Seventh Floor
Washington, DC 20001
(202) 234-0090
cbartolomucci@bancroftpllc.com
*Admitted *pro hac vice*

*Counsel for Defendant*
*Schindler Elevator Corporation*

Dated:  April 12, 2016

## CERTIFICATE OF SERVICE

I, H. Christopher Bartolomucci, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  Notice was also sent to the plaintiff's attorney at his e-mail address which is mlongo@dennerlaw.com on April 12, 2016.