UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Regan, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 16-CV-10576-GAO |
| Schindler Elevator Corporation, | * |
| Defendant. | * |

ORDER OF DISMISSAL

July 20, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on July 20, 2016 [#24] GRANTING Defendant's Motion to Dismiss, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge